IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM and HYDRO-QUÉBEC, | § § § § § § § § § § § § § § | |
| Plaintiffs, | | Civil Action No. 3-06CV1655-B |
| v. | | |
| A123 SYSTEMS, INC., BLACK & DECKER CORPORATION, BLACK & DECKER (U.S.) INC., and CHINA BAK BATTERY INC., | | |
| Defendants. | | |

**DEFENDANTS' THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT**

Defendants A123 Systems, Inc., Black & Decker Corporation, Black & Decker (U.S.) Inc., and China BAK Battery Inc. hereby request a 76-day extension to January 31, 2010 to file their response to Plaintiffs' Motion for Leave to File Second Amended Complaint (Dkt. No. 77).  In support of this Motion, Defendants state that, although the parties were optimistic that this matter would be resolved by this time, the parties have not yet fully resolved this dispute.  Defendants further state that the negotiations among the parties are complicated, involving many parties inside and outside the United States, but the parties are working diligently on a negotiated resolution and respectfully requests the Court's indulgence of time to complete the process, which is aimed at a complete resolution of this lawsuit.

**DEFENDANTS' THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT – PAGE 1**
US1DOCS 7358404v1

**RELIEF REQUESTED**

Wherefore, Defendants respectfully request that this Court grant Defendants' Third Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion for Leave to File Second Amended Complaint.

Respectfully submitted,

A123 SYSTEMS, INC.

By its attorneys,

   /s/ John M. Jackson
Kathleen M. LaValle
State Bar No. 11998600
John M. Jackson
State Bar No. 24002340
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822 - Fax
Email: klavalle@jw.com
Email: jjackson@jw.com

Of Counsel:
Wayne L. Stoner
Mary Rose Scozzafava
Wilmer Hale LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
Email: wayne.stoner@wilmerhale.com
Email: maryrose.scozzafava@wilmerhale.com

Dated: November 16, 2009

**CERTIFICATE OF CONFERENCE**

This is to certify (1) that counsel has complied with the meet and confer requirement and (2) the foregoing motion is unopposed.


                                                          /s/ John M. Jackson
                                                          John M. Jackson

Case 3:06-cv-01655-B   Document 82   Filed 11/16/2009   Page 3 of 4

**DEFENDANTS' THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT – PAGE 3**
US1DOCS 7358404v1

# CERTIFICATE OF SERVICE

      I certify that on November 16, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

William A. Brewer, III
James S Renard
Joyce Marie Hellstern
Bickel & Brewer
1717 Main St., Suite 4800
Dallas, TX 75201

Jonathan T Suder
Friedman Suder & Cooke
Tindall Square Warehouse # 1
604 E 4th St., Suite 200
Fort Worth, TX 76102

Michael Evan Jaffe
Thelen Reid & Priest
701 Eighth St, NW
Washington, DC 20001

    /s/ John M. Jackson
    John M. Jackson