## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## (DALLAS DIVISION)

| | | |
|---|---|---|
| **THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM and HYDRO-QUÉBEC,** | § § § § | |
| **Plaintiffs,** | § § | **Civil Action No. 3:06-CV-1655 B** |
| **v.** | § § | |
| **A123 SYSTEMS, INC., et. al.** | § § | |
| **Defendants.** | § § | |

### NOTICE OF APPEARANCE OF  KEVIN J. MEEK ON BEHALF OF PLAINTIFFS

Please take notice that the undersigned, Kevin J. Meek, enters his appearance in this action as an attorney for Plaintiffs, The Board of Regents of the University of Texas System and Hydro-Québec, and states that he may receive notices and orders from the Court as follows:

Kevin J. Meek
BAKER BOTTS L.L.P.
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Phone:          512.322.2500
Facsimile:     512.322.2501
*kevin.meek@bakerbotts.com*

DATED:          January 29, 2010          Respectfully submitted,

By:_____/s/ Kevin J. Meek_____
Kevin J. Meek (State Bar No. 13899600)
James W. Cannon (State Bar No. 03746600)
Darryl J. Adams (State Bar No. 00796101)
BAKER BOTTS L.L.P.
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone:  512.322.2500
Facsimile:   512.322.2501
*jim.cannon@bakerbotts.com*
*kevin.meek@bakerbotts.com*
*darryl.adams@bakerbotts.com*

William A. Brewer III (State Bar No. 02967035)
James S. Renard (State Bar No. 16768500)
Joyce M. Hellstern (State Bar No. 09395400)
BICKEL & BREWER
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas 75201
Telephone:   214.653.4000
Telecopier:  214.653.1015

Attorneys for Plaintiffs,
HYDRO-QUÊBEC, THE BOARD OF REGENTS
OF THE UNIVERSITY OF TEXAS SYSTEM

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 29, 2010, a true and correct copy of the Notice of
Appearance of Kevin J. Meek was filed through the CM/ECF system of the Northern District of
Texas, and served through that system on all counsel of record.

/s/ Kevin J. Meek
Kevin J. Meek