IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM and HYDRO-QUEBEC,<br><br>Plaintiffs,<br><br>vs.<br><br>A123 SYSTEMS, INC., BLACK & DECKER CORPORATION, BLACK & DECKER (U.S.) INC., and CHINA BAK BATTERY INC.<br><br>Defendants. | § § § § § § § § § § § § § § § | CASE NO: 3:06-CV-01655-B<br>ECF |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

I. Applicant Christopher G. Lim is an attorney and an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, with offices at 60 State Street Boston, Massachusetts, 02109, (617) 526-6000.

II. Applicant will sign all pleadings with the name Christopher G. Lim.

III. Applicant has been retained personally or as a member of the above-named firm by A123 Systems, Inc. to provide legal representation in connection with the above-styled matter now pending before the United States District Court, for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of Massachusetts, where Applicant regularly practices law.

Bar license number: <u>BBO# 669920</u>   Admission date: <u>11/29/2007.</u>

APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE* – Page 1

V. Applicant has also been admitted to practice before the following courts:

| Court | Admission Date | Active/Inactive |
|---|---|---|
| United States District Court for the District of Massachusetts | February 19, 2008 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline.

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings - regardless of outcome - while a member of the bar of any state or federal court or tribunal that requires admission to practice.

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

IX. Applicant has not filed for pro hac vice admission in the United States District Court for the Northern District of Texas during the past three (3) years.

X. Local counsel of record associated with Applicant in this matter is Jackson Walker L.L.P., who has offices at 901 Main Street, Dallas, Texas 75202, (214) 953-6000.

XI. Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this 17th day of February, 2010.

Christopher G. Lim

_____

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this __3rd__ day of ~~February~~ *March*, 2010.

John M. Jackson

_____

## **ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

_____     _____
DATE                                                          JUDICIAL OFFICER

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-ninth** day of **November** A.D. **2007**, said Court being the highest Court of Record in said Commonwealth:

**Christopher Lim**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-third** day of **February** in the year of our Lord **two thousand and ten.**

*MAURA S. DOYLE,* Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116